**Dismissed and Memorandum Opinion filed June 8, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00247-CV

---

**TERENCE GREGORY, Appellant**

**V.**

**ALBERT PUNCHARD, Appellee**

---

**On Appeal from the County Court[1]
Lee County, Texas
Trial Court Cause No. 3494**

---

## MEMORANDUM OPINION

Appellant, proceeding pro se, is attempting to appeal the jury's verdict. Our record does not contain a judgment on that verdict. On April 25, 2023, we issued

---

[1] The Supreme Court of Texas ordered the Court of Appeals for the Third District of Texas to transfer this appeal (No. 03-23-00165-CV) to this court. Misc. Docket No. 23-9017 (Tex. March 21, 2023); *see* Tex. Gov't Code Ann. §§ 73.001, .002. Because of the transfer, we decide the case in accordance with the precedent of the transferor court under principles of stare decisis if our decision otherwise would have been inconsistent with the transferor court's precedent. *See* Tex. R. App. 41.3.

an order to trial court clerk to provide this court with a copy of the final judgment. The trial court clerk informed this court that "no final judgment has been filed."

Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). There is no judgment or appealable interlocutory order in the underlying proceeding from which appellant may appeal. Absent a final judgment or appealable interlocutory order, we lack subject-matter jurisdiction to decide this appeal.

On May 10, 2023, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before May 22, 2023. *See* Tex. R. App. P. 42.3(a). Appellant's response fails to demonstrate that this court has jurisdiction over the appeal.

Accordingly, we dismiss the appeal for want of jurisdiction.


PER CURIAM

Panel consists of Justices Wise, Bourliot, and Spain.